83.552-01

December 23

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

To: Court of Criminal, Appeals
of Texas.

From: Amelia L. Casauant
02.085728885    Mother
E-mail: amelia24193@gmail.com
11609 kenny drive
Fort Worth
Texas, 76244
phone: 214.850.0652

Inmate Xavier Rene Casauant
TDC# 01817711
H. H. Coffield Unit
2661 FM 2054
tennessee Colony
Texas, 75884
tr. ct. №. C-3-010376-
1263775-A
WR-83,552-01

Trial Judge: the Honorable
Robb Catalano

second Notice, because you did not answerd my petition! with all my respect, / I Amelia L. Casavant mother of Inmate Xavier Rene Casavant, asking for a reconsideration of your decision of the application of Writ of Habeas Corpus, seeking relief from final, Felony conviction under code of Criminal procedure, article 11.07

I writte again, to you, asking for my Son Xavier Casavant begging for a second oportunity to minimize the years in Jail to the fact that Xavier is not a killer or repis, I do know that Xavier has done wront, but he needs last change to this matter.

the big man who, give the drug to Xavier is moe, he is free and Xavier do can lead you to him my son need's a sicologist treatment, he's menthaly ill, his father Frank X. Casavant, left us went Xavier was ver young and I have to, work long hours

to provide homer food.
Xavier was mistreated by
babysitter's, he need help

I sryon beleive that lawyer
Vickers L. Cunningham did not
advice Xavier the best when
lawyer told Xavier to pleque
gilty

I do know that my son Xavier
have a young son y year old
and he will like to change his
live to help, his son michael
and the name of God please
reconsider and help Xavier
also, the alprazolam was fake
is why they were breaking and
turning to powder, that's how
moe made extra money

I do have a lawyer for Xavier
if you reconsider

Amelia L. Lasavaur
mother
reply please